■ CHARLENE VAN DUSEN et al., Appellants, v JANET MCMASTER et al., Respondents. (Appeal No. 2.) [813 NYS2d 334]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered June 3, 2005 in a personal injury action. The order denied plaintiffs' motion to set aside the verdict and for a new trial.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Pigott, Jr., P.J., Hurlbutt, Scudder, Gorski and Green, JJ.